John F. Devine, administrator of the estate of Francisco Mazzei, deceased, appellee, v. Chicago Railways Company, appellant. Gen. No. 23,728.

Action to recover for death of employee struck by employer's street car while engaged in excavating between tracks. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed with finding of facts. Opinion filed December 24, 1918.

P. L. McArdle and Charles Le Roy Brown, for appellant; John R.

Guilliams, of counsel. Busch, Liessman & Roemer, for appellee.
Mr. Presiding Justice McDonald delivered the opinion of the court.